**GIRARDI ½ KEESE**
THOMAS V. GIRARDI – BAR NO. 36603
AMY FISCH SOLOMON – BAR NO. 140333
AMANDA KENT- BAR NO. 258298
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211
Attorneys For Plaintiffs

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY HERKAL, | Case No. **2:12-cv-00005-JAM-CKD** |
| Plaintiffs, | |
| vs. | **ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT** |
| BOSTON SCIENTIFIC CORPORATION, et al. | Complaint filed:  Oct. 20, 2010 |
| Defendants. | |

Upon consideration of the parties' stipulation to allow Plaintiff to file a Third Amended Complaint,

It is hereby ordered that Plaintiff shall file a Third Amended Complaint within 10 days, on or before January 23, 2012.

DATED January 13, 2012                    /s/ John A. Mendez

United States District Court Judge

PROPOSED ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT