# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**FILED**

**Feb 22, 2012**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION**

MDL No. 2326

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO−1)

On February 7, 2012, the Panel transferred 21 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 22, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED OF

FEB 2 2 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

By _____ Deputy

**IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION**                                                    MDL No. 2326

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| <u>DIST</u> | <u>DIV.</u> | <u>C.A.NO.</u> | <u>CASE CAPTION</u> |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 12−00115 | Bopp v. Boston Scientific Corporation |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 12−00375 | Lidia Arenales v. Boston Scientific Corporation et al |
| ~~CAC~~ | ~~2~~ | ~~12−00376~~ | ~~Betty Kennedy v. Boston Scientific Corporation Inc et al~~   Opposed 2/22/12 |
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 10−01968 | Coleman et al v. Boston Scientific Corporation |
| CAE | 2 | 12−00005 | Herkal v. Boston Scientific Corporation |
| **COLORADO** | | | |
| CO | 1 | 11−03125 | McMillen v. Boston Scientific Corporation |
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 12−00014 | Pinilla v. Boston Scientific Corporation |
| FLM | 8 | 11−02681 | Sullivan et al v. Boston Scientific |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 12−00113 | Dorsman et al v. Boston Scientific Corporation |
| GAN | 2 | 12−00020 | Carlson v. Boston Scientific Corporation |
| GAN | 3 | 12−00004 | West et al v. Boston Scientific Corporation |
| **INDIANA SOUTHERN** | | | |
| INS | 3 | 11−00172 | LAPOINTE v. BOSTON SCIENTIFIC CORPORATION |
| **LOUISIANA WESTERN** | | | |

|      |   |          |                                           |
|------|---|----------|-------------------------------------------|
| LAW  | 3 | 11−01854 | Waldrop et al v. Boston Scientific Corp et al |

**MASSACHUSETTS**

| MA | 1 | 11−12259 | Dahlke et al v. Boston Scientific Corporation |
| MA | 1 | 11−12260 | Ackerman v. Boston Scientific Corporation |

**MISSISSIPPI NORTHERN**

| MSN | 1 | 12−00002 | White et al v. Boston Scientific Corporation |

**TEXAS SOUTHERN**

| TXS | 4 | 12−00007 | Stone v. Boston Scientific Corporation |
| TXS | 4 | 12−00009 | Holder v. Boston Scientific Corporation |
| TXS | 4 | 12−00010 | Hoffart v. Boston Scientific Corporation |

**VIRGINIA EASTERN**

| VAE | 3 | 11−00838 | Hayzlett v. Boston Scientific Corp. et al |



Activity in Case MDL No. 2326 IN RE: Boston Scientific Corp. Pelvic Repair
System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF  to: JPMLCMDECF                                    02/22/2012 10:40 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 2/22/2012 at 10:38 AM EST and filed on 2/22/2012

| | |
|---|---|
| **Case Name:** | IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation |
| **Case Number:** | <u>MDL No. 2326</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)
Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in
CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in
CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in
GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in
INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in
MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in
TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in
VAE/3:11-cv-00838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.**

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

| | |
|---|---|
| **Case Name:** | Holder v. Boston Scientific Corporation |
| **Case Number:** | <u>TXS/4:12-cv-00009</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,

INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,
MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,
VAE/3:11-cv-00838 (dn)

| | |
|---|---|
| **Case Name:** | Waldroup et al v. Boston Scientific Corp et al |
| **Case Number:** | LAW/3:11-cv-01854 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)**
**Finalized on 02/22/2012.** Please see pleading (4 in AZ/2:12-cv-00115, 4 in
CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in
CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in
GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in
INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in
MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in
TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in
VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,
CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014,
FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,
INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,
MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,
VAE/3:11-cv-00838 (dn)

| | |
|---|---|
| **Case Name:** | Carlson v. Boston Scientific Corporation |
| **Case Number:** | GAN/2:12-cv-00020 |

Filer:
Document
Number:                    No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)
Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in
CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in
CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in
GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in
INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in
MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in
TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in
VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,
CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014,
FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,
INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,
MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,
VAE/3:11-cv-00838 (dn)

| Case Name: | Dorsman et al v. Boston Scientific Corporation |
| Case Number: | GAN/1:12-cv-00113 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)
Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in
CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in
CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in
GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in
INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in
MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in
TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in
VAE/3:11-cv-00838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,
CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014,
FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,
INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,
MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,
VAE/3:11-cv-00838 (dn)**

| | |
|---|---|
| **Case Name:** | Hoffart v. Boston Scientific Corporation |
| **Case Number:** | TXS/4:12-cv-00010 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)
Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in
CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in
CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in
GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in**

INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

| | |
|---|---|
| **Case Name:** | Dahlke et al v. Boston Scientific Corporation |
| **Case Number:** | MA/1:11-cv-12259 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

| Case Name: | LAPOINTE v. BOSTON SCIENTIFIC CORPORATION |
| Case Number: | INS/3:11-cv-00172 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee

clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

| Case Name: | Herkal v. Boston Scientific Corporation |
| Case Number: | CAE/2:12-cv-00005 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,

CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

| | |
|---|---|
| **Case Name:** | Lidia Arenales v. Boston Scientific Corporation et al |
| **Case Number:** | CAC/2:12-cv-00375 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

Coleman et al v. Boston Scientific

| | |
|---|---|
| **Case Name:** | Corporation |
| **Case Number:** | CAE/1:10-cv-01968 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)**
**Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in**
**CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in**
**CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in**
**GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in**
**INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in**
**MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in**
**TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in**
**VAE/3:11-cv-00838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**
**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any**
**party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is**
**directed to the Clerk of the United States District Court for the S.D. West Virginia**
**for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee**
**clerk transmit a certified copy of the Panel order to transfer to the clerk of the**
**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,**
**CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014,**
**FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,**
**INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,**
**MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,**
**VAE/3:11-cv-00838 (dn)**

| | |
|---|---|
| **Case Name:** | West et al v. Boston Scientific Corporation |
| **Case Number:** | GAN/3:12-cv-00004 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)**
**Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in**
**CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in**
**CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in**
**GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in**
**INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in**
**MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in**
**TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in**
**VAE/3:11-cv-00838).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,
CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014,
FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,
INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,
MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,
VAE/3:11-cv-00838 (dn)

| | |
|---|---|
| **Case Name:** | Bopp v. Boston Scientific Corporation |
| **Case Number:** | AZ/2:12-cv-00115 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)**
**Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in**

CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

| | |
|---|---|
| **Case Name:** | Sullivan et al v. Boston Scientific |
| **Case Number:** | FLM/8:11-cv-02681 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in

VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

| Case Name: | McMillen v. Boston Scientific Corporation |
|---|---|
| Case Number: | CO/1:11-cv-03125 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 4 in LAW/3:11-cv-01854, 10 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

| | |
|---|---|
| **Case Name:** | Pinilla v. Boston Scientific Corporation |
| **Case Number:** | FLM/3:12-cv-00014 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

| Case Name: | Hayzlett v. Boston Scientific Corp. et al |
|---|---|
| Case Number: | VAE/3:11-cv-00838 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,

INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,
MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,
VAE/3:11-cv-00838 (dn)

| | |
|---|---|
| **Case Name:** | White et al v. Boston Scientific Corporation |
| **Case Number:** | MSN/1:12-cv-00002 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)
Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in
CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in
CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in
GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in
INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in
MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in
TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in
VAE/3:11-cv-00838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,
CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014,
FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,
INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,
MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,
VAE/3:11-cv-00838 (dn)**

| | |
|---|---|
| **Case Name:** | Stone v. Boston Scientific Corporation |
| **Case Number:** | TXS/4:12-cv-00007 |

**Filer:**

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

**Case Name:**   Ackerman v. Boston Scientific Corporation

**Case Number:**   MA/1:11-cv-12260

**Filer:**

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (4 in AZ/2:12-cv-00115, 4 in CAC/2:12-cv-00375, 9 in CAE/1:10-cv-01968, 3 in CAE/2:12-cv-00005, 9 in CO/1:11-cv-03125, 4 in FLM/3:12-cv-00014, 10 in FLM/8:11-cv-02681, 4 in GAN/1:12-cv-00113, 4 in GAN/2:12-cv-00020, 4 in GAN/3:12-cv-00004, 4 in INS/3:11-cv-00172, 9 in LAW/3:11-cv-01854, 4 in MA/1:11-cv-12259, 10 in MA/1:11-cv-12260, [64] in MDL No. 2326, 8 in MSN/1:12-cv-00002, 4 in TXS/4:12-cv-00007, 4 in TXS/4:12-cv-00009, 4 in TXS/4:12-cv-00010, 9 in VAE/3:11-cv-00838).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn)

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2326 IN RE: Boston Scientific Corp. Pelvic Repair
System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF  to:  JPMLCMDECF                               02/22/2012 11:01 AM

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT
RESPOND** to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 02/22/2012 at 10:35:39 AM EST and filed on
02/22/2012

| | |
|---|---|
| **Case Name:** | McMillen v. Boston Scientific Corporation |
| **Case Number:** | CO/1:11-cv-03125 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s) *re: pldg.* (2
*in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in
CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in
FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in
GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in
MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in
MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in
TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* Inasmuch as no objection is pending
at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,
CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014,

FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,
INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,
MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,
VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Dahlke et al v. Boston Scientific Corporation |
| **Case Number:** | MA/1:11-cv-12259 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2
in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in
CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in
FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in
GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in
MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in
MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in
TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* **Inasmuch as no objection is pending
at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,
CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014,
FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,
INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,
MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,
VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).**

| | |
|---|---|
| **Case Name:** | Stone v. Boston Scientific Corporation |
| **Case Number:** | TXS/4:12-cv-00007 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2
in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in
CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in
FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in
GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in*

*MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Hayzlett v. Boston Scientific Corp. et al |
| **Case Number:** | VAE/3:11-cv-00838 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s) *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | West et al v. Boston Scientific Corporation |
| **Case Number:** | GAN/3:12-cv-00004 |
| **Filer:** | |
| **Document** | |

**Number:**          <u>4</u>

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2*
*in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in*
*CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in*
*FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in*
*GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in*
*MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in*
*MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in*
*TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)*  Inasmuch as no objection is pending
at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,
CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014,
FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,
INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,
MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010,
VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | LAPOINTE v. BOSTON SCIENTIFIC CORPORATION |
| **Case Number:** | <u>INS/3:11-cv-00172</u> |
| **Filer:** | |
| **Document Number:** | <u>4</u> |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2*
*in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in*
*CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in*
*FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in*
*GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in*
*MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in*
*MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in*
*TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)*  Inasmuch as no objection is pending
at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375,
CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014,
FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004,

INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2326 |
| **Filer:** | |
| **Document Number:** | 64 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s) *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)*  Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Sullivan et al v. Boston Scientific |
| **Case Number:** | FLM/8:11-cv-02681 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s) *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in*

*MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Herkal v. Boston Scientific Corporation |
| **Case Number:** | CAE/2:12-cv-00005 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | White et al v. Boston Scientific Corporation |
| **Case Number:** | MSN/1:12-cv-00002 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s) *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)*  Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Lidia Arenales v. Boston Scientific Corporation et al |
| **Case Number:** | CAC/2:12-cv-00375 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s) *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)*  Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,

MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Carlson v. Boston Scientific Corporation |
| **Case Number:** | GAN/2:12-cv-00020 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Hoffart v. Boston Scientific Corporation |
| **Case Number:** | TXS/4:12-cv-00010 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in*

*TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)*   Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Holder v. Boston Scientific Corporation |
| **Case Number:** | TXS/4:12-cv-00009 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s) *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)*   Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Dorsman et al v. Boston Scientific Corporation |
| **Case Number:** | GAN/1:12-cv-00113 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Ackerman v. Boston Scientific Corporation |
| **Case Number:** | MA/1:11-cv-12260 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260,

MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Bopp v. Boston Scientific Corporation |
| **Case Number:** | AZ/2:12-cv-00115 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

| | |
|---|---|
| **Case Name:** | Coleman et al v. Boston Scientific Corporation |
| **Case Number:** | CAE/1:10-cv-01968 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in*

*TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).**

| | |
|---|---|
| **Case Name:** | Waldroup et al v. Boston Scientific Corp et al |
| **Case Number:** | LAW/3:11-cv-01854 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s)** *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).**

| | |
|---|---|
| **Case Name:** | Pinilla v. Boston Scientific Corporation |
| **Case Number:** | FLM/3:12-cv-00014 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 19 action(s) *re: pldg. (2 in AZ/2:12-cv-00115, 2 in CAC/2:12-cv-00375, 7 in CAE/1:10-cv-01968, 1 in CAE/2:12-cv-00005, 7 in CO/1:11-cv-03125, 2 in FLM/3:12-cv-00014, 8 in FLM/8:11-cv-02681, 2 in GAN/1:12-cv-00113, 2 in GAN/2:12-cv-00020, 2 in GAN/3:12-cv-00004, 2 in INS/3:11-cv-00172, 7 in LAW/3:11-cv-01854, 2 in MA/1:11-cv-12259, 8 in MA/1:11-cv-12260, [56] in MDL No. 2326, 6 in MSN/1:12-cv-00002, 2 in TXS/4:12-cv-00007, 2 in TXS/4:12-cv-00009, 2 in TXS/4:12-cv-00010, 7 in VAE/3:11-cv-00838)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2326, AZ/2:12-cv-00115, CAC/2:12-cv-00375, CAE/1:10-cv-01968, CAE/2:12-cv-00005, CO/1:11-cv-03125, FLM/3:12-cv-00014, FLM/8:11-cv-02681, GAN/1:12-cv-00113, GAN/2:12-cv-00020, GAN/3:12-cv-00004, INS/3:11-cv-00172, LAW/3:11-cv-01854, MA/1:11-cv-12259, MA/1:11-cv-12260, MSN/1:12-cv-00002, TXS/4:12-cv-00007, TXS/4:12-cv-00009, TXS/4:12-cv-00010, VAE/3:11-cv-00838 (dn) (Main Document 64 replaced on 2/22/2012) (dn).

CO/1:11-cv-03125 Notice has been electronically mailed to:

CO/1:11-cv-03125 Notice will not be electronically mailed to:

MA/1:11-cv-12259 Notice has been electronically mailed to:

MA/1:11-cv-12259 Notice will not be electronically mailed to:

TXS/4:12-cv-00007 Notice has been electronically mailed to:

TXS/4:12-cv-00007 Notice will not be electronically mailed to:

VAE/3:11-cv-00838 Notice has been electronically mailed to:

VAE/3:11-cv-00838 Notice will not be electronically mailed to:

GAN/3:12-cv-00004 Notice has been electronically mailed to:

GAN/3:12-cv-00004 Notice will not be electronically mailed to:

INS/3:11-cv-00172 Notice has been electronically mailed to:

INS/3:11-cv-00172 Notice will not be electronically mailed to:

**MDL No. 2326 Notice has been electronically mailed to:**

**MDL No. 2326 Notice will not be electronically mailed to:**

American Medical Systems, Inc.
10700 Bren Road West
Minnetonka, MN 55343

American Medical Systems, Inc.
3070 Orchard Drive
San Jose, CA 95134-2011

Boston Scientific Corporation
J. Raymond Elliot
One Boston Scientific Place
Natick, MA 01760

Boston Scientific Corporation
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

Boston Scientific Corporation
c/o Corporation Service Company
30 Technology Pkwy S
#300
Norcross, GA 30092

Proxy Biomedical, Inc.
c/o Corporation Trust Company
1209 Orange Street
Wilimington, DE 19801

Adam Bryant Land
Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
440 College Avenue North
Suite 320
Athens, GA 30603-0832

Adrienne L. Hernandez
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas, MO 64108-2613

Alicia J. Donahue
Shook Hardy & Bacon L.L.P.
One Montgomery Street
Suite 2700
San Francisco, CA 94104-4505

Alison Anne Verret
McAfee & Taft-TULSA
1717 S Boulder Ave
Suite 900
Tulsa, OK 74119

Amanda Heather Kent
Girardi and Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017

Amir M Nassihi
Shook, Hardy & Bacon L.L.P.
One Montgomery Street
Suite 2700
San Francisco, CA 94104

Amy F Solomon
Girardi and Keese
1126 Wilshire Blvd
Los Angeles, CA 90017

Amy Fisch Solomon
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017

Andrew Howell Myers
Wheeler Trigg O'Donnell, LLP
1801 California Street
#3600
Denver, CO 80202-2617

Andrew Joseph Donelan
HYDE LOVE & OVERBY LLP
1121 S. Glenstone
Springfield, MO 65804-0313

Andrew Judson Hill , III
Blasingame, Burch, Garrard & Ashley, P.C.

P.O. Box 832
440 College Avenue North
Suite 320
Athens, GA 30603-0832

Andy D. Birchfield , Jr
Beasley Allen Crow Methvin Portis & Miles PC
218 Commerce St
PO Box 4160
Montgomery, AL 36103-4160
**NA**

Anthony Dow Birchfield , Jr
Beasley Allen Crow Methvin Portis & Miles PC
218 Commerce St
PO Box 4160
Montgomery, AL 36103-4160
**NA**

Anthony P Bihl, III
American Medical Systems, Inc.
10700 Bren Road West
Minnetonka, MN 55343

Archibald T Reeves , IV
MCDOWELL KNIGHT ROEDDER & SLEDGE LLC
63 South Royal Street
Suite 900 Riverview Plaza
PO Box 350
Mobile, AL 36601

Audrey M Tolson
The Tolson Firm, LLC
WinmatsConversion6
3005 Lookout Place
Atlanta, GA 30305

Barbara R Binis
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Beth S. Rose
Sills Cummis & Gross
One Riverfront Plaza

Newark, NJ 07102

Betsy Katherine Greene
GREENE & SCHULTZ
320 West 8th Street
Suite 100
Bloomington, IN 47404

Bettina Joist Strauss
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Ste. 3600
St Louis, MO 63102

Bonnie E Spencer
Spencer & Associates
4635 Southwest Frwy
Ste 900
Houston, TX 77027

Brannon Jones Arnold
Weinberg Wheeler Hudgins Gunn & Dial, LLC-Atl
Suite 2400
3344 Peachtree Road, NE
Atlanta, GA 30326

Brent A Talbot
Chaffe McCall et al (NO)
1100 Poydras St Ste 2300
New Orleans, LA 70163-2300

Brian R. Wilson
Nicodemo & Wilson
124 15th Street, NW
Canton, OH 44703

Brooke Garner Malcom
Lightfoot, Franklin & White
400 North 20th Street
Birmingham, AL 35203

Bryan F Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502-5998

C Anthony Graffeo
WATSON GRAFFEO PC
228 Holmes Avenue NE, Suite 300
Huntsville, AL 35801

Camille Leigh Edwards
BURKE HARVEY & FRANKOWSKI LLC
2151 Highland Avenue
Suite 120
Birmingham, AL 35205-4008

Cara Weiner
Allen, McCain & O'Mahony
Suite 1700
1349 West Peachtree Street
Atlanta, GA 30309

Cary Samuel Macy
LAW OFFICE OF CARY S. MACY
17011 Beach Boulevard
Suite 900
Huntington Beach, CA 92647

Casey A. Kaufman
The Brandi Law Firm
354 Pine Street, Third Floor
San Francisco, CA 94104

Champ Lyons , III
CHAMP LYONS III
P.O. Box 131388
Birmingham, AL 35213-1388

Charles Anthony Graffeo
WATSON GRAFFEO PC
221 Longwood Drive, SW
P.O. Box 467
Huntsville, AL 35804

Christopher M. Knudsen
Serpe, Jones, Andrews, Callender & Bell
333 Clay St
Ste 3485
Houston, TX 77002

Christy D. Jones
Butler Snow
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157

Craig A. Marvinney
Ste. #E
7622 Glenmont Drive
Cleveland, OH 44113

D Mitchell McFarland
Harrison Bettis et al
Wedge Int'l Tower
1415 Louisiana Street
37th Floor
Houston, TX 77002

Darolyn Yoshie Hamada
Shook Hardy and Bacon LLP
Jamboree Center
5 Park Plaza
Suite 1600
Irvine, CA 92614-2546

David Lee Augustus
The Spencer Law Firm
4635 Southwest Freeway
Ste 900
Houston, TX 77027

David S. Johnson
Shook, Hardy & Bacon, LLP
Suite 2900
100 N Tampa St
Tampa, FL 33602

David Scott Hartnett
Shook Hardy et al
600 Travis
Suite 1600
Houston, TX 77002

Douglass A Kreis
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street

Suite 200
Pensacola, FL 32502-5998

E. James Shepherd
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis Street
Ste 1600
Houston, TX 77002-2992

EDWARD VERNON FERRELL GLENN
Clore Law Group
49 Immigration Street
Suite 100
Charleston, SC 29403

Edmund J. Schmidt , III
Law Office of Eddie Schmidt
1720 West End Avenue
Suite 300
Nashville, TN 37203

Elmore James Shepherd , III
Shook Hardy Bacon LLP
600 Travis
Ste 1600
Houston, TX 77002-2911

Eric M Fong
FONG LAW, PLLC
569 DIVISION ST
STE A
PT ORCHARD, WA 98366

Erica M. James
Tucker Ellis & West - Cleveland
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Eva M Weiler
Shook Hardy & Bacon LLP
Jamboree Center
5 Park Plaza Suite 1600
Irvine, CA 92614-2546

Eva Marie Mannoia Weiler
Shook Hardy and Bacon LLP (Irvine)
Jamboree Center
5 Park Plaza
Suite 1600
Irvine, CA 92614-2546

Frank N Luccia
Luccia Evans LLP
8 Greenway Plz
Ste 1450
Houston, TX 77046

Fred Thompson , III
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

Gary B Homsey
Homsey Cooper Hill & Associates
4816 Classen Blvd
Oklahoma City, OK 73118

Gary B. Blasingame
Blasingame Burch Garrard Bryant & Ashley
Suite 320
P.O. Box 832
440 College Avenue North
Athens, GA 30603-0832

Gary P. Falkowitz
Parker Waichman Alonso, LLP - NY
6 Harbor Park Drive
Port Washington, NY 11050

Gary S Grynkewich
Showard Law Firm
2990 N Campbell Ave., Ste. 230
Tucson, AZ 85719

Harlan I Prater , IV
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203

Harry F. Bell , Jr

The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Henry G. Garrard , III
Blasingame Burch Garrard Bryant & Ashley
Suite 320
P.O. Box 832
440 College Avenue North
Athens, GA 30603-0832

Hezekiah Sistrunk , Jr
Cochran, Cherry, Givens, Smith, Sistrunk & Sams, PC-ATL
127 Peachtree Street
Suite 800
Atlanta, GA 30303

Hunter Smith Allen , Jr
Allen & Weathington
1349 West Peachtree Street, N.W.
Two Midtown Plaza, Suite 1700
Atlanta, GA 30309

J. Raymond Elliot
Boston Scientific Corp.
One Boston Scientific Place
Natick, MA 01760

James Ferrell
R G TAYLOR & ASSOCIATES PC
500 Dallas Street
One Allen Center, 3400 Penthouse
Houston, TX 77002

James B. Matthews , III
Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
440 College Avenue North
Suite 320
Athens, GA 30603-0832

James Edward Fox
Fox and Fox Law Corporation
15233 Ventura Boulevard Suite 1111
Sherman Oaks, CA 91403

Jane Lamberti Sams
Cochran, Cherry, Givens, Smith, Sistrunk & Sams, PC-ATL
127 Peachtree Street
Suite 800
Atlanta, GA 30303

Jeffrey G Blackwell
HORNSBY WATSON HORNSBY & BLACKWELL
1110 Gleneagles Drive
Huntsville, AL 35801

Jerry S Parker
PARKER & WAICHMAN ALONSO
6 Harbor Park Drive
Port Washington, NY 11050-4647

John P Zelbst
Zelbst Holmes & Butler
P O Box 365
411 SW Sixth St
Lawton, OK 73502-0365

Johnathan Tyler Krawcheck
Weinberg Wheeler Hudgins Gunn & Dial, LLC-Atl
Suite 2400
3344 Peachtree Road, NE
Atlanta, GA 30326

Jon A. Strongman
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108

Joseph S Carson
Homsey Cooper Hill & Associates
4816 Classen Blvd
Oklahoma City, OK 73118

Josh B. Wages
Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
440 College Avenue North
Suite 320
Athens, GA 30603-0832

Justin G Witkin

AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502-5998

Karen H. Beyea-Schroeder
Fleming & Associates, LLP
1330 Post Oak Boulevard
Suite 3030
Houston, TX 77056-3104

Kent O Hyde
HYDE LOVE & OVERBY LLP
1121 S. Glenstone
Springfield, MO 65804-0313

Lori Gail Cohen
GREENBERG TRAURIG LLP
3290 Northside Parkway
Suite 400, The Forum
Atlanta, GA 30327

Mark A. Behrens
Shook Hardy & Bacon LLP
1155 F Street NW
Suite 200
Washington, DC 20004-1305

Mark F. Underwood
UNDERWOOD & PROCTOR LAW OFFICES
923 Third Avenue
Huntington, WV 25701

Mark I. Labaton
Motley Rice LLP
1100 Glendon Aveue
14th Floor
Los Angeles, CA 90024

Mark R. Mueller
404 West Seventh Street
Austin, TX 78701

Martin Daniel Crump
DAVIS & FEDER
P.O. Drawer 6829

Gulfport, MS 39506

Mary-Olga Lovett
Greenberg Traurig LLP
1000 Louisiana
Ste 1700
Houston, TX 77002
Harris

Melanie H. Muhlstock
Parker Waichman Alonso, LLP - NY
6 Harbor Park Drive
Port Washington, NY 11050

Melissa S Hedrick
Atkins & Markoff
9211 N Lake Hefner Parkway
Suite 104
Oklahoma City, OK 73120

Melody H Eagan
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203

Michael L Brown
Butler Snow O'Mara Stevens & Cannada-MS
P.O. Box 6010
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158-6010

Michael S. Appel
Sugarman, Rogers, Barshak & Cohen,P.C.
101 Merrimac Street
9th Floor
Boston, MA 02114-4737

Michael Steven Goetz
Morgan & Morgan, PA
7th Floor
201 N Franklin St
Tampa, FL 33602

Nancy Karen Deming

Troutman Sanders
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA 30308-2216

Natasha L Mosley
Shook Hardy and Bacon LLP
Five Park Plaza Suite 1600
Irvine, CA 92614-2546

Neil D Overholtz
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502-5998

Patricia Leigh O'Dell
Beasley Allen Crow Methvin Portis & Miles PC
218 Commerce St
PO Box 4160
Montgomery, AL 36103-4160
**NA**

Patrick W Stark
Greenberg Traurig LLP
2200 Ross Ave
Suite 5200
Dallas, TX 75201

Peter Joseph Rotolo , III
Chaffe McCall LLP (New Orleans)
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300

Peter Michael Gorski
Law Office of Peter Gorski PLC
Bldg. D
908 W Chandler Blvd.
Chandler, AZ 85225

Peter Samir Wahby
Greenberg Traurig
2200 Ross Ave
Suite 5200

Dallas, TX 75201

R Jeffrey Ward
Bosco and Ward
4223 Glencoe Ave Suite A225
Marina del Rey, CA 90292

R. Scott Campbell
Greenberg Traurig-Atlanta
3290 Northside Parkway
Suite 400, The Forum
Atlanta, GA 30327

Rachel E Montes
Montes Herald Law Group
1121 Kinwest Pkwy
Suite 100
Irving, TX 75063

Raymond E Zschiesche
Phillips Murrah PC-101-OKC
101 N Robinson Ave
13th Fl
Oklahoma City, OK 73102

Richard B North , Jr
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street
Suite 1700
Atlanta, GA 30363

Richard J. Arsenault
Neblett Beard & Arsenault
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190

Richard Mark Eldridge
Eldridge Cooper Steichen & Leach PLLC
P O BOX 3566
TULSA, OK 74101-3566

Rita A. Maimbourg
Tucker Ellis & West - Cleveland
1150 Huntington Bldg.
925 Euclid Avenue

Cleveland, OH 44115

Roger Alan Johnson
JOHNSON, VORHEES & MARTUCCI
510 West 6th Street
Joplin, MO 64801

Ronald L Riggle
HOUCK & RIGGLE LLC
301 South Bonner Street
PO Box 1958
Ruston, LA 71270

S. Eric Rumanek
Troutman Sanders, LLP-ATL
Suite 5200
Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Samuel K Allen
Clore Law Group
49 Immigration Street
Suite 100
Charleston, SC 29403

Samuel M. Furgang
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737

Skye E. Eiswirth
Chaffe McCall LLP (New Orleans)
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300

Stephen E. Matasich
Day Ketterer
300 Millenium Centre
200 Market Avenue, N
Canton, OH 44702

Stephen Robert Lewis , Jr
Lewis & Williams
2200 Market

Suite 750
Galveston, TX 77550

Tara M Williams
Greenberg Traurig LLP
1000 Louisiana
Suite 1700
Houston, TX 77002

Thomas E Steichen
McAfee & Taft-TULSA
1717 S Boulder Ave
Suite 900
Tulsa, OK 74119

Thomas J. Brandi
The Brandi Law Firm
354 Pine Street
Third Floor
San Francisco, CA 94104

Thomas Vincent Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017

Timothy O'Connor Johnson
Hundley & Johnson
5501 Staples Mill Road
PO Box 28057
Richmond, VA 23228-0057

Timothy W. Van Ronzelen
COOK AND VETTER
231 Madison Street
Jefferson City, MO 65101

Tracy W Houck
Houck & Riggle
P O Box 1958
Ruston, LA 71273-1958

Vani R Singhal
McAfee & Taft-TULSA
1717 S Boulder Ave
Suite 900

Tulsa, OK 74119

Vernon F. Glenn
Clore Law Group
49 Immigration Street
Suite 100
Charleston, SC 29403

Vincent James Carter
Girardi and Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017

W Todd Harvey
BURKE HARVEY & FRANKOWSKI LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205

William C Roedder , Jr
MCDOWELL KNIGHT ROEDDER & SLEDGE LLC
PO Box 350
Mobile, AL 36601

William R. Stuart , III
Sills Cummis & Gross
One Riverfront Plaza
Newark, NJ 07102

William Todd Harvey
BURKE HARVEY & FRANKOWSKI LLC
2151 Highland Avenue
Suite 120
Birmingham, AL 35205-4008

**FLM/8:11-cv-02681 Notice has been electronically mailed to:**

**FLM/8:11-cv-02681 Notice will not be electronically mailed to:**

**CAE/2:12-cv-00005 Notice has been electronically mailed to:**

**CAE/2:12-cv-00005 Notice will not be electronically mailed to:**

**MSN/1:12-cv-00002 Notice has been electronically mailed to:**

**MSN/1:12-cv-00002 Notice will not be electronically mailed to:**

**CAC/2:12-cv-00375 Notice has been electronically mailed to:**

**CAC/2:12-cv-00375 Notice will not be electronically mailed to:**

**GAN/2:12-cv-00020 Notice has been electronically mailed to:**

**GAN/2:12-cv-00020 Notice will not be electronically mailed to:**

**TXS/4:12-cv-00010 Notice has been electronically mailed to:**

**TXS/4:12-cv-00010 Notice will not be electronically mailed to:**

**TXS/4:12-cv-00009 Notice has been electronically mailed to:**

**TXS/4:12-cv-00009 Notice will not be electronically mailed to:**

**GAN/1:12-cv-00113 Notice has been electronically mailed to:**

**GAN/1:12-cv-00113 Notice will not be electronically mailed to:**

**MA/1:11-cv-12260 Notice has been electronically mailed to:**

**MA/1:11-cv-12260 Notice will not be electronically mailed to:**

**AZ/2:12-cv-00115 Notice has been electronically mailed to:**

**AZ/2:12-cv-00115 Notice will not be electronically mailed to:**

**CAE/1:10-cv-01968 Notice has been electronically mailed to:**

**CAE/1:10-cv-01968 Notice will not be electronically mailed to:**

**LAW/3:11-cv-01854 Notice has been electronically mailed to:**

**LAW/3:11-cv-01854 Notice will not be electronically mailed to:**

**FLM/3:12-cv-00014 Notice has been electronically mailed to:**

**FLM/3:12-cv-00014 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP JPMLStamp_ID=1090522767 [Date=2/22/2012]
[FileNumber=260568-0]
[1ff5c7728a274976660eea200d718d4d9354f357a7316c0897658019334a928ceb2c
2
864a8f47a395ff970969b7a3fb03364bb0c5dcc3f80c97579e95dd75cef]]

*This is a re-generated NEF. Created on 2/22/2012 at 11:00 AM EST*